AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

18 U.S.C. §§ 1341 (Mail Fraud -- Count 1), 1029(a)(2) (Unlawful Use of Unauthorized Access -- Counts 2-5), 371 (Conspiracy -- Count 6)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Count 1: 30 years imprisonment; $1,000,000 fine; 5 years SR; $100 SA; Counts 2-5: 10 years imprisonment, $250,000 fine, 3 SR, $100 SA; Count 6: 5 years imprisonment, $250,000 fine, 3 years SR, $100 SA

--- DEFENDANT - U.S. ---
▶ HERBERT JOHN DERUNGS

DISTRICT COURT NUMBER
CR 07 0268

**FILED**
MAY - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SI

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant
prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DREW CAPUTO

--- DEFENDANT ---
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 371 -- Conspiracy<br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony<br>PENALTY:<br>5 years imprisonment, $250,000 fine, 3 years SR, $100 SA | DEFENDANT - U.S.<br>▶ YAFIT ESHED<br><br>FILED<br>MAY - 3 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>DISTRICT COURT NUMBER<br>**CR 07 0268** SI |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>UNITED STATES POSTAL INSPECTION SERVICE<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y  ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br>MAGISTRATE CASE NO. | **DEFENDANT**<br>IS *NOT* IN CUSTODY<br>1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>IS IN CUSTODY<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed<br>DATE OF ARREST ▶  Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**<br>☑ U.S. Att'y  ☐ Other U.S. Agency<br>Name of Asst. U.S. Att'y (if assigned)  DREW CAPUTO | ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** ||
| PROCESS:<br>☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address:<br><br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time:<br>Before Judge:<br>Comments: ||

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
MAY -3 PM 2:27

UNITED STATES OF AMERICA,

V.

HERBERT JOHN DERUNGS and YAFIT ESHED

# CR 07    0268    SI

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this _____ day of
May, 2007

_____ Clerk

Bail, $ no bail event warrant

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney



FILED

MAY - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SI

| UNITED STATES OF AMERICA, | ) CR No. 07 0268 |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 1341 – Mail |
| v. | ) Fraud (Count One); 18 U.S.C. § 1029(a)(2) |
|  | ) – Unlawful Use of Unauthorized Access |
|  | ) Device (Counts Two through Five); 18 |
| HERBERT JOHN DERUNGS and | ) U.S.C. § 371 – Conspiracy (Count Six) |
| YAFIT ESHED, | ) |
| Defendants. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       18 U.S.C. § 1341  – Mail Fraud

1.       Between on or about April 19, 2006, and on or about August 6, 2006, in the Northern District of California and elsewhere, the defendant,

HERBERT JOHN DERUNGS,

knowingly, and with the intent to defraud, devised and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises, and omissions.  In carrying out the scheme

INDICTMENT

DERUNGS did the following:

    a.    Between April 19, 2006 and August 6, 2006, DERUNGS worked at a retail store located in San Francisco and known to the grand jury ("retail store"). While working at the retail store, DERUNGS used his position to obtain credit card account information provided by customers who used their credit cards to purchase merchandise at the store.

    b.    Between April 19, 2006 and August 6, 2006, DERUNGS obtained credit card account information from retail store customers without the customers' knowledge or authorization. He then used that information to make unauthorized purchases of merchandise through orders he placed by telephone or over the Internet. DERUNGS had the merchandise delivered by the Postal Service or other private or commercial interstate carriers to his home or to other locations from which he was able to recover the merchandise. He kept some of the merchandise for himself and gave other merchandise as gifts. He also re-sold some of the merchandise.

    c.    Between April 19, 2006 and August 6, 2006, DERUNGS knowingly and with the intent to defraud made materially false and fraudulent representations and promises in that:

        i.    He falsely told customers from whom he stole credit card information that the store's computer was not working, in order to obtain the time necessary to steal the information;

        ii.    He falsely represented himself to merchants as the person named on the stolen credit cards; and

        iii.    He fraudulently provided false names to merchants in arranging for shipment of the merchandise he purchased.

2.    On or about July 7, 2006, for the purpose of executing the scheme and artifice set forth above, and attempting to do so, the defendant,

HERBERT JOHN DERUNGS,

did knowingly cause to be delivered by private and commercial interstate carrier according to the direction thereon, a Breville Juice Extractor to be sent and delivered to his home located in the

Northern District of California.

All in violation of Title 18, United States Code, Section 1341.

COUNT TWO:    18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device

3.    Between on or about July 3, 2006, and on or about July 12, 2006, in the Northern District of California, the defendant,

HERBERT JOHN DERUNGS,

did, knowingly and with intent to defraud, traffic in and use an unauthorized access device, specifically American Express number XXXX-XXXXXX-81018 in the name of Ronald F., and by such conduct obtained items of value aggregating $1,000 or more, and in so doing affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT THREE:    18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device

4.    Between on or about July 30, 2006, and on or about August 6, 2006, in the Northern District of California, the defendant,

HERBERT JOHN DERUNGS,

did, knowingly and with intent to defraud, traffic in and use an unauthorized access device, specifically Citibank Mastercard number XXXX-XXXX-XXXX-1819 in the name of Dennis L., and by such conduct obtained items of value aggregating $1,000 or more, and in so doing affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT FOUR:    18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device

5.    Between on or about July 1, 2006, and on or about July 9, 2006, in the Northern District of California, the defendant,

HERBERT JOHN DERUNGS,

did, knowingly and with intent to defraud, traffic in and use an unauthorized access device, specifically Mastercard number XXXX-XXXX XXXX-4114 in the name of Deborah M., and by such conduct obtained items of value aggregating $1,000 or more, and in so doing affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

// // //

// // //

INDICTMENT                                                       3

COUNT FIVE:       18 U.S.C. § 1029(a)(2) – Unlawful Use of Unauthorized Access Device

6.     On or about May 2, 2006, in the Northern District of California, the defendant,

HERBERT JOHN DERUNGS,

did, knowingly and with intent to defraud, traffic in and use an unauthorized access device, specifically Visa number XXXX-XXXX XXXX-7385 in the name of Michael R., and by such conduct obtained items of value aggregating $1,000 or more, and in so doing affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT SIX: 18 U.S.C. § 371 – Conspiracy to Obstruct Justice

7.     Between on or about August 24, 2006, and on or about November 6, 2006, in the Northern District of California, the defendants,

HERBERT JOHN DERUNGS,
YAFIT ESHED,

did knowingly and intentionally conspire to commit an offense against the United States, specifically obstruction of justice by destroying, concealing and covering up records, documents, and tangible objects with the intent to impede and obstruct the investigation of a matter within the jurisdiction of an agency or department of the United States, in violation of Title 18, United States Code, Section 1519.

8.     In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others, in the Northern District of California:

a.     On or about August 24, 2006, ESHED removed from her and DERUNGS's residence at 399 Westlake Avenue in Daly City merchandise that previously had been fraudulently purchased using credit card account information stolen from the retail store customers.

b.     On or about September 14, 2006, ESHED contracted with Phantom*SF, an eBay auction service store, to sell an Apple MacBook Pro computer that previously had been fraudulently purchased using credit card account information stolen from a the retail store customer.

c.     On or about September 22, 2006, ESHED destroyed notes containing credit card account numbers.

INDICTMENT                                                    4

       d.    On or about September 27, 2006, ESHED destroyed notes containing credit card account numbers.

       e.    On or about November 6, 2006, ESHED traveled to the Saks Fifth Avenue store at 384 Post Street in San Francisco.

       f.    On or about November 6, 2006, at the Saks Fifth Avenue Store at 384 Post Street in San Francisco, ESHED exchanged Gucci handbags that previously had been fraudulently purchased using credit card information stolen from a the retail store customer.

All in violation of Title 18, United States Code, Section 371.

DATED: *May 3, 2007*

A TRUE BILL.

*[signature]*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*[signature]*
MARK L. KROTOSKI
Chief, Criminal Division

(Approved as to form: *Andrew Caputo* )
                               AUSA Caputo

INDICTMENT                5