SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERBERT JOHN DERUNGS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 07-0268 SI <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 21, 2007 TO JUNE 8, 2007 |

     The parties appeared before the Honorable Nandor J. Vadas on May 21, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 21, 2007 to June 8, 2007, in light of the need for continuity of counsel and effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to obtain discovery, and would deny

[~~PROPOSED~~[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0268 SI

the government continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 21, 2007, to June 8, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 21, 2007 to June 8, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 5/22/07                      /s/
J. FRANK MCCABE
Counsel for Herbert John Derungs

DATED: 5/21/07                      /s/
WENDY THOMAS
Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED: May 23, 2007

THE HON. NANDOR J. VADAS
United States Magistrate Judge



[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0268 SI                2