SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0268 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| HERBERT JOHN DERUNGS, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Herbert John Derungs, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 27, 2007, to September 14, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  Defendant has recently changed lawyers, and he requested this time exclusion to give his new attorney time to review discovery and consult with him about the case.

    2.    Given these circumstances, the Court found that the ends of justice served by

1  excluding the period from July 27, 2007, to September 14, 2007, outweigh the best interest of the
2  public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
3         3.      Accordingly, and with the consent of the defendant, at the hearing on July 27,
4  2007, the Court ordered that the period from July 27, 2007, to August 10, 2007, be excluded
5  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6         IT IS SO STIPULATED.

8  DATED: July 30, 2007                    _____/s/_____
                                            GERI GREEN
9                                           Attorney for Defendant

11 DATED: July 28, 2007                    _____/s/_____
                                            ANDREW P. CAPUTO
12                                          Assistant United States Attorney

14        IT IS SO ORDERED.

16 DATED:    08/02/07    _____
                                            SUSAN ILLSTON
17                                          United States District Judge

2