# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**            )
                                        )
    vs.              )   **Docket Number:** CR 07-0268-01 SI
                                        )
**Herbert John Derungs**                )
                                        )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____January 18, 2008_____ be continued until _____February 22, 2008_____ at _____11:00 a.m._____.

*[signature: Susan Illston]*

Date: _____

Susan Illston
United States District Judge